[No. 41353-8-I.    Division One.    March 29, 1999.]

SHIRLEY PRESSER, *Individually and as Personal Representative, Appellant*, v. WILLIAM MCMAHON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-23954-4, Suzanne M. Barnett, J., entered August 29, 1997. *Reversed* by unpublished opinion per Baker, J., concurred in by Agid, A.C.J., and Schindler, J. Pro Tem.

[No. 41593-0-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WINSTON BROUGHTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01439-1, Michael S. Spearman, J., entered November 5, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41840-8-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAC VAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03308-6, Marsha J. Pechman, J., entered December 9, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41845-9-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ASLAM PARVEZ WASAVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04625-1, Donald D. Haley, J., entered December 8, 1997. *Affirmed* by unpublished per curiam opinion.